[No. 61312-0-I. Division One. November 10, 2008.]

COEUR D'ALENE DREDGING, INC., *Appellant*, v. THE CITY OF MARYSVILLE, *Defendant*, CAICOS CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-08259-5, Gerald L. Knight, J., entered January 23, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 61406-1-I. Division One. November 10, 2008.]

KING COUNTY, *Appellant*, v. KING COUNTY PERSONNEL BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-18145-8, John P. Erlick, J., entered February 11, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Dwyer, JJ.

[No. 36381-0-II. Division Two. November 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D. YORK, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 07-1-00014-1, Michael J. Sullivan, J., entered May 15, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 36451-4-II. Division Two. November 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN CURTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02177-2, Brian M. Tollefson, J., entered June 8, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Hunt, JJ.